# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christopher Mejia-Pineda**<br>DOB: 1998; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-04570MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 29, 2018, at or near Willcox, in the District of Arizona, **Christopher Mejia-Pineda**, knowing or in reckless disregard that certain aliens, namely Aaron Jocet Jarquin-Hernandez, Abel Morga-Guzman, and Octavio Orantes-Urbina, had come to, entered, and remained in the United States in violation of law, did transport, said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about June 29, 2018, at or near Willcox, in the District of Arizona, **Christopher Mejia-Pineda,** did unlawfully aid and abet certain illegal aliens, namely Aaron Jocet Jarquin-Hernandez, Abel Morga-Guzman, and Octavio Orantes-Urbina, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 29, 2018, Border Patrol agents observed a Jeep Liberty near Willcox, Arizona on State Route 186. Initially agents observed two occupants in the vehicle. As the vehicle approached Willcox, it did not slow down as the speed limit changed and hesitated which direction it would turn. Agents noticed the driver looking back at them and at least two additional individuals sitting up in the passenger seat who were not there before. The driver continued to hesitate on the direction he was going and agents conducted a vehicle stop on the Jeep. Agents encountered **Christopher Mejia-Pineda** driving the vehicle, along with three passengers, Aaron Jocet Jarquin-Hernandez, Abel Morga-Guzman, and Octavio Orantes-Urbina. All three passengers were present in the U.S. illegally.

After waiving his *Miranda* rights, Christopher Mejia-Pineda said that he was given a job to pick up illegal aliens in Douglas, Arizona and would be paid $250 each.

The material witnesses, Aaron Jocet Jarquin-Hernandez, Abel Morga-Guzman, and Octavio Orantes-Urbina, said they made arrangements to be smuggled to the United States in exchange for money. After crossing into the U.S. illegally from Mexico, they were taken to a house where they were picked up by the vehicle. Jarquin-Hernandez and Orantes-Urbina stated that when they saw the agents, the driver said "policia" (police) and became nervous.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Aaron Jocet Jarquin-Hernandez, Abel Morga-Guzman, and Octavio Orantes-Urbina

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA RW | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 2, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54