LAW OFFICE OF ALEX E. NAVIDAD, P.L.C.
Alex E. Navidad, Esq.
AZ State Bar #017007
1401 W. Washington Street, Suite 100
Phoenix, Arizona 85007
Telephone: (602) 257-0000
Fax: (602) 279-8999
Attorney for Respondent
alexnavidad@yahoo.com



FILED ✓ / LODGED / RECEIVED / COPY
JUL 10 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>Christopher Mejia-Pineda, | Case No. 18-04570MJ-001-TUC-BGM |

　　Undersigned counsel stipulate that Alex E. Navidad be substituted in place and instead of Stephanie Joan Meade, as attorney of record for defendant, Christopher Mejia-Pineda, for all further proceedings. Accordingly, Defendant requests an order substituting Alex E. Navidad as counsel of record, for Stephanie Joan Meade.

　　It is expected that excludable delay may occur as a result of this motion or from an order thereon.

　　RESPECTFULLY REQUESTED this 10 day of July, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Alex E. Navidad, Esq.
　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Stephanie Joan Meade, Esq.

Copy of the foregoing Notice mailed/delivered this ___ day of July, 2018, to:

**THE CLERK OF THE UNITED STATES COURT HOUSE**
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3180
Tucson, AZ  85701-5054

**HONORABLE BRUCE G. MACDONALD**
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3180
Tucson, AZ  85701-5054

**ASSISTANT U.S. ATTORNEY'S OFFICE**
U.S. Attorney's Office
405 West Congress Street, Suite 4800
Tucson, AZ  85701-4050

**Stephanie Joan Meade**
Law Office Of Stephanie J Meade
P.O. Box 35382
Tucson, AZ 85740-5382

Copy of the foregoing mailed to:

Christopher Mejia-Pineda
Defendant

*/s/ Alex E. Navidad*
Alex E. Navidad, Esq.

## CONSENT TO SUBSTITUTION OF ATTORNEY

I, Christopher Mejia-Pineda, hereby consent to the substitution of Alex E. Navidad, Esq. in place of Stephanie Joan Meade, as my attorney in UNITED STATES OF AMERICA vs. Christopher Mejia-Pineda **Case No. 18-04570MJ-001-TUC-BGM.**

_____         7-10-18
Christopher Mejia-Pineda                        Date